UNITED STATES of America,
Plaintiff–Appellee

v.

Jerry Lee BUSTOS, Defendant–
Appellant.

No. 07–50738
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 15, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Linda M. Gassaway, McLennan Community College, Wago, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Jerry Lee Bustos, federal prisoner # 52886–080, appeals the denial of a motion he filed in the district court for review of his sentence pursuant to 18 U.S.C. § 3742. In 1991, Bustos was sentenced to 30 years of imprisonment for being a felon in possession of a firearm.

We AFFIRM the judgment of the district court on the grounds that the court lacked any jurisdictional basis to consider

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the "meaningless, unauthorized motion." *United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994).

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.